UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| OXFORD AVIATION INC, )<br>JAMES HOROWITZ, )<br>LOUISE GARLLAND a/k/a )<br>LOUISE GARTLAND, )<br>JOEL LUSKY & )<br>MIKE GAGNON, )<br>)<br>PLAINTIFFS )<br>)<br>v. )<br>)<br>GLOBAL AEROSPACE INC, )<br>)<br>DEFENDANT ) | CIVIL NO. 2:10-cv-444-DBH |

**AMENDED JUDGMENT**

In accordance with the Order for Entry of Judgment, issued on July 16, 2012 by U.S. District Judge D. Brock Hornby, JUDGMENT is hereby entered as follows:

1. Judgment is entered in favor of the Plaintiffs Oxford Aviation, et al and against Global Aerospace on Count I of the Complaint, declaring that Global Aerospace has a duty to defend the Plaintiffs Oxford Aviation, et al in the civil action *Airlarr, Inc. v. Oxford Aviation*, Docket No. CV-10-13 currently pending in Oxford County Superior Court, State of Maine (the "underlying action").

2. Global Aerospace shall reimburse Oxford Aviation the sum of $8,000 for all attorney's fees and costs incurred in defense of the underlying action for the period up to the date of this Judgment, and shall be responsible for all reasonable attorney's fees and costs incurred in defending the

underlying action in the future.

3. Judgment is entered in favor of Global Aerospace and against the Plaintiffs Oxford Aviation, et al on Count II of the Complaint, finding that Global Aerospace did not commit "bad faith" in denying coverage for the underlying action, and that Global Aerospace is not obligated to reimburse the Plaintiffs Oxford Aviation, et al for attorney's fees and costs incurred in prosecuting this declaratory judgment action.

                                                Christa K. Berry
                                                Clerk of Court

                                                /s/ Melody Whitten
                                                By: Melody Whitten
                                                Deputy Clerk

Dated: July 16, 2012